# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1677

_____

United States of America

*Plaintiff - Appellee*

v.

Toby P. Young Bear

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of North Dakota - Bismarck

_____

Submitted: August 22, 2014
Filed: August 27, 2014
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Toby Young Bear directly appeals the sentence of 4 months in prison imposed by the district court[1] upon revoking his supervised release. Because Young Bear has

_____

[1]The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota.

been released from custody and has fully discharged his revocation sentence, we dismiss this appeal as moot.  Cf. Spencer v. Kemna, 523 U.S. 1, 7-18 (1998) (declaring challenge to allegedly erroneous parole revocation moot because defendant had already served his entire sentence).  We also deny counsel's motion to withdraw as moot.

———————————————